# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
MICHAEL R. PANDULLO, BAR NO.
10707

No. 79166

**FILED**

JUL 22 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF/DEPUTY CLERK

## *ORDER IMPOSING TEMPORARY SUSPENSION*

This is a petition by the State Bar for an order temporarily suspending attorney Michael R. Pandullo from the practice of law, pending the resolution of formal disciplinary proceedings against him. The petition and supporting documentation demonstrate that Pandullo appears to have failed to act diligently in handling several clients' criminal defense matters by not appearing at scheduled court proceedings, and failed to communicate with clients by not returning phone calls and correspondence or otherwise keeping his clients informed about the statuses of their matters.[1]

SCR 102(4)(b) provides, in pertinent part:

> On the petition of bar counsel, supported by an affidavit alleging facts personally known to the affiant, which shows that an attorney appears to be posing a substantial threat of serious harm to the public, the supreme court may order, with notice as

---

[1]Pandullo was administratively suspended on May 1, 2019, for failing to pay the annual, extension, and/or late fee required by SCR 212. *In re Administrative Suspension of Non-Compliant Members*, Docket No. 78682 (Order of Suspension, May 1, 2019).

19-30687

the court may prescribe, the attorney's immediate temporary suspension or may impose other conditions upon the attorney's practice.

We conclude that the documentation before us demonstrates that Pandullo poses a substantial and ongoing threat of serious harm to the public. In particular, Pandullo's failure to appear on behalf of and communicate with clients has resulted in direct harm, including bench warrants issuing for his clients, his clients having to retain or have new counsel appointed, other attorneys having to step in to represent his clients when he fails to appear at hearings, and delays in various court proceedings. His immediate temporary suspension is therefore warranted under SCR 102(4)(b).

Accordingly, attorney Michael R. Pandullo is temporarily suspended from the practice of law, pending the resolution of formal disciplinary proceedings against him. Under SCR 102(4)(d), Pandullo is precluded from accepting new cases but he may continue to represent existing clients for a period of 15 days from service of this order.[2]

The State Bar shall immediately serve Pandullo with a copy of this order. Such service may be accomplished by personal service, certified mail, delivery to a person of suitable age at Pandullo's place of employment

---

[2]Pandullo may request that this order of temporary suspension be dissolved or amended by filing a petition with this court as provided in SCR 102(4)(e).

or residence, or by publication. Pandullo shall comply with the provisions of SCR 115. Bar counsel shall comply with SCR 121.1.

It is so ORDERED.[3]

_____, C.J.
Gibbons

_____, J.         _____, J.
Pickering                                Hardesty

_____, J.         _____, J.
Parraguirre                            Stiglich

_____, J.         _____, J.
Cadish                                    Silver

cc:    Chair, Southern Nevada Disciplinary Board
        Bar Counsel, State Bar of Nevada
        Michael R. Pandullo
        Executive Director, State Bar of Nevada
        Admissions Office, United States Supreme Court

---

[3]This matter was originally docketed as confidential because a formal disciplinary complaint had not yet been filed. Since we are granting the petition, this matter is now public. SCR 121(5). This order constitutes our final disposition of this matter. Any new proceedings involving Pandullo shall be docketed as a new matter.